

EXHIBIT A

## Medical Bills Summary
Freddie Cagle

| Date(s) | Description | Amount |
|---|---|---|
| 7/16/2019, 10/22/2019 | Athens Radiology Associates | $ 252.00 |
| 7/16/2019–10/28/2020 | St. Mary's Hospital | $ 142,503.59 |
| 7/16/2019 | Sound Physicians | $ 1,196.00 |
| 8/1/2019–7/2/2020 | Ellis Pain Center | $ 4,300.00 |
| 8/6/2019 | Gainesville Radiology Group | $ 285.00 |
| 8/6/2019–6/27/2020 | Northeast Georgia Medical Center Gainesville | $ 142,649.40 |
| 8/6/2019, 4/28/2020 | Georgia Emergency Department Services | $ 5,327.00 |
| 8/22/2019–9/4/2019 | Longstreet Clinic | $ 2,070.00 |
| 9/9/2019 | Athens Podiatry | $ 185.00 |
| 9/17/2019–6/13/2020 | Royston Medical Associates | $ 1,015.00 |
| 9/24/2019–5/11/2020 | Ankle and Foot Centers of Georgia | $ 9,607.00 |
| 10/10/2019 | Anesthesia Associates of Gainesville | $ 2,976.00 |
| 10/20/2019 | Hart County EMS | $ 1,382.00 |
| 10/22/2019–9/28/2020 | Piedmont Athens Regional Medical Center | $ 29,853.37 |
| 10/22/2019 | Georgia Emergency Medicine Specialists | $ 1,046.00 |
| 10/23/2019–1/22/2020 | University Surgical Vascular | $ 1,391.00 |
| 1/3/2020–1/10/2020 | Northeast Georgia Rehabilitation Center | $ 347.00 |
| 3/16/2020 | Hanger Clinic | $ 615.34 |
| 6/15/2020–10/29/2020 | Athens Orthopedic Clinic | $ 12,470.36 |
| 9/18/2020–12/1/2020 | Infectious Disease Specialists of Athens: Mark Visitacion, M.D. | $ 1,389.00 |
| 9/24/2020–12/13/2020 | Tugaloo Home Health Agency | $ 5,485.00 |
| | **TOTAL:** | **$ 366,345.06** |

1027316-1
64712