2:21-cv-52

# PLAINTIFF'S TRIAL EXHIBIT LIST

| Exhibit # | Description | Tendered | Admitted |
|---|---|---|---|
| 1 | Documents relating to First Time Transport, Inc. (First Time Transport - 000001-000140) | 2/6/23 | ✓ |
| 2 | Documents relating to King's Way USA Transport, Inc. (King's Way - 000001-000131) | | ✓ |
| 3 | Documents relating to AC Nationwide Transport, LLC (AC - 000001-000187) | | ✓ |
| 4 | Documents relating to One Way Hauling Express Co. (One Way - 000001-000008) | | ✓ |
| 5 | Original deposition of Defendant Loyola | | ✓ |
| 6 | Medical records of Plaintiff (Med Rec 000001-001513) | | ✓ |
| 7 | Medical bills of Plaintiff (Med Bill 000001-000108) | | ✓ |
| 8 | Medical bills summary | | ✓ |
| 9 | Affidavit of Dr. Joseph Johnson ✓<br>• Attachment A: CV ✓<br>• Attachment B: CD video interview (A/✓) | | |
| 10 | Crash diagram | | ✓ |
| 11 | Photo of overturned tractor trailer | | ✓ |
| 12 | Photo of overturned tractor trailer | | ✓ |
| 13 | Photo of wrecked vehicle | | ✓ |
| 14 | Photo of scene | | ✓ |
| 15 | Photo of front of tractor trailer | | ✓ |
| 16 | Photo of wrecked vehicle on its side | | ✓ |
| 17 | Location of Plaintiff's van in median | | ✓ |
| 18 | Post-surgery photo of foot | | ✓ |
| 19 | Photo of infected foot | | ✓ |
| 20 | Photo of Plaintiff's swollen foot | | ✓ |
| 21 | Photo of Plaintiff's swollen foot | | ✓ |
| 22 | Affidavit Of Mark Alexander<br>• Time records<br>• Expense records | | ✓ |
| 23 | Engagement letter / Contingency fee agreement | | ✓ |