UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FREDDIE CAGLE,<br>          Plaintiff,<br><br>vs.<br><br>WESCO INSURANCE COMPANY, et al.,<br>          Defendants. | CIVIL ACTION FILE<br><br>NO. 2:21-CV-0052-RWS |

## J U D G M E N T

This action having come before the Court, Honorable Richard W. Story, United States District Judge, for a bench trial on February 6, 2023, and the Court having considered the evidence, and the Court having issued its Findings of Fact and Conclusions of Law under Federal Rule of Civil Procedure 52(a), it is

**Ordered and Adjudged** Plaintiff shall have a judgment against Defendant Isidro Alex Lobaina Loyola for Compensatory damages for $1,505,400.21 (50% of the total award for medical expenses and pain and suffering). Plaintiff shall have a judgment against Defendants in Default, Ariel Calzada, Isabel Cordero, First Time Transport, Inc., King's Way USA Transport, Inc., AC Nationwide Transport, LLC, and One Way Hauling Express Company, for: Compensatory damages of $1,505,400.21 (50% of the total award for medical expenses and pain and suffering), Punitive damages of $250,000.00, and Attorney's fees of $1,304,320. Defendants in Default are vicariously liable to Plaintiff for Defendant Loyola's liability. The judgment against Defendant Loyola is $1,505,400.21, and the total judgment against the Defendants in Default is $4,565,120.42 (when including Defendant Loyola's liability). As Defendant Wesco Insurance Company's Motion for Summary Judgment was granted on December 6, 2021, it is further ordered that Defendant Wesco Insurance Company recover its costs of this action.

Dated at Gainesville, Georgia, this 15th day of February, 2023

                                                KEVIN P. WEIMER
                                                CLERK OF COURT

                                By:   s/D. McGoldrick
                                         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 15, 2023
Kevin P. Weimer
Clerk of Court

By: s/D. McGoldrick
      Deputy Clerk